NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SYNOPSYS, INC.,**
*Appellant*

v.

**ATOPTECH, INC.,**
*Appellee*

---

2016-1956, -1957

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-01150 and IPR2014-01159.

---

**O R D E R**

The above-captioned appeals appear to be related.

We consolidate the cases and thus one set of briefs should be filed for the two appeals.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated. The revised official caption is reflected above. Appellant's opening brief is due no later than July 5, 2016.

FOR THE COURT

<u>/s/ Peter R. Marksteiner</u>
Peter R. Marksteiner
Clerk of Court

s32